

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00139-CR

Virginia Shanta **MCKINLEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR5186
Honorable Lorina I. Rummel, Judge Presiding

PER CURIAM

Sitting:        Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

Delivered and Filed:  December 7, 2016

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant filed a motion to dismiss this appeal and for expedited issuance of the mandate.

The motion is granted and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a). We order the

clerk of this court to immediately issue the mandate. *See* TEX. R. APP. P. 18.1(c).

PER CURIAM

DO NOT PUBLISH